UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION (Opelika)

| | |
|---|---|
| IN RE: | : CASE NO.: 16-80013-BPC |
| | : CHAPTER: 13 |
| | : |
| DONNA MARIE KENT | : |
| JON DERWOOD KENT | : |
|     Debtors | : |
| | : |

## NOTICE OF TERMINATON OF AUTOMATIC STAY

Comes now Nationstar Mortgage LLC, its successors and assigns, a secured creditor of the above-named Debtors, and provides notice as follows:

1.

Nationstar Mortgage LLC issued a Notice of Default (the "Notice") dated October 14, 2019 pursuant to an Agreed Order (the "Order") entered on August 18, 2017.  Since issuance of the Notice, the delinquency has not been cured and the loan remains in default.  As such, the automatic stay is terminated against the property now or formerly known as: 314 BENSON AVENUE, TALLASSEE, AL 36078.

This 6th day of November, 2019

/s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor

# CERTIFICATE OF SERVICE

I, Amanda Beckett of Rubin Lublin, LLC certify that on the 6th day of November, 2019, I caused a copy of the foregoing to be filed in this proceeding by electronic means and to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Donna Marie Kent
314 Benson Avenue
Tallassee, AL 36078

Jon Derwood Kent
314 Benson Avenue
Tallassee, AL 36078

Paul D. Esco, Esq.
Attorney at Law, LLC
2800 Zelda Road
Suite 200-7
Montgomery, AL 36106

Sabrina L. McKinney, Trustee
P. O. Box 173
Montgomery, AL 36101

Executed on: 11/6/19
By: /s/ Amanda Beckett
Amanda Beckett
AL State Bar No. ASB-1884-N75B
Rubin Lublin, LLC
200 Clinton Avenue West, Suite 406
Huntsville, AL 35801
(877) 813-0992
abeckett@rubinlublin.com
Attorney for Creditor